# SEALED

FILED

**Mar 04, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF GMC SIERRA WITH CA LICENSE PLATE 8N19756 (VIN: 2GTEK133X81230687). | CASE NO.  1:22-sw-00129-SKO |
| | SEALING ORDER |
| | **<u>FILED UNDER SEAL</u>** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Tracking Warrant and Tracking Warrant in the above-captioned case be kept under seal until further order of the court.  The court finds that:  (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

Date:  3/4/2022

United States Magistrate Judge

ORDER

1